# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:06cr458cr-03/RV

DAVID ARTURO RAMIREZ

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on ___October 6, 2009___

Motion/Pleadings:  ___MOTION for modification of Petitioners sentence pursuant to 18 USC 3582(c)(2) and 2D1.1 under Amendment 591___

Filed by___Defendant___ on _9/11/2009_ Doc.#  ___184___

RESPONSES:

    ___None___ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.

_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

___s/Jerry Marbut___

LC (1 OR 2)            Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of October, 2009, that:*

(a) The relief requested is DENIED.

(b) The defendant does not qualify for retroactive relief under Amendment 591, which was implemented on November 1, 2000. The defendant was sentenced on May 10, 2007, and Amendment 591 was fully taken into consideration. Further, all the issues argued in the defendant's motion were previously considered by the court at the defendant's sentencing.

/s/ *Roger Vinson*

*ROGER VINSON*
*Senior United States District Judge*